**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSUE ROMERO, on behalf of himself and all
others similarly situated,

                Plaintiffs,

      -against-


ALLSTAR PRODUCTS GROUP, LLC.
             Defendant.

Case No. 1:20-cv-07185-ER
**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

        **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs,

or disbursements, or attorneys' fees to any party.


Dated:     Brooklyn, New York
            June 21, 2021



                      Respectfully submitted,

                      */s/ Joseph H. Mizrahi*
                      Cohen & Mizrahi LLP
                      *Attorneys for Plaintiff*